UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

James Sharkey,

        Plaintiff

v.

Susan Clark,

        Defendant

Case No.: 2:24-cv-01513-JAD-DJA

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 5]

    James Sharkey filed this lawsuit, claiming that his application for a broker's license was denied based on false information and documents submitted by Susan Clark, an employee of the Nevada Real Estate Division.[1] Sharkey's application to proceed in forma pauperis was denied, and he was ordered to file an updated applicated by September 30, 2024. Sharkey was warned that his failure to do so may result in a recommendation that this case be dismissed.[2] When Sharkey failed to file a new application by that deadline, the magistrate issued a recommendation (R&R) for this case to be dismissed.[3] The deadline for the plaintiff to object to that recommendation was November 5, 2024, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 1-1 at 11.
[2] ECF No. 4.
[3] ECF No. 5.
[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety.  **This action is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE THIS CASE.**  If Sharkey wants to proceed with his claims against Clark, he must file a new action with a new and complete application for leave to proceed in forma pauperis.  **No further documents may be filed in this now-closed case.**

_____
U.S. District Judge Jennifer A. Dorsey
November 7, 2024